## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:     BISHOP, MARILYN Y.          §     Case No. 10-31254
                                       §
                                       §
Debtor(s)                              §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/10/2012 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/28/2012_____        By:    /s/Glenn R. Heyman_____
                                             Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: BISHOP, MARILYN Y.

§   Case No. 10-31254
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,508.85 |
| *and approved disbursements of* | $ 173.04 |
| *leaving a balance on hand of* [1] | $ 11,335.81 |

**Balance on hand:**    $ 11,335.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,335.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,900.89 | 0.00 | 1,900.89 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 1,813.00 | 0.00 | 1,813.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 2.49 | 0.00 | 2.49 |

Total to be paid for chapter 7 administration expenses: $ 3,716.38
Remaining balance: $ 7,619.43

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00

Remaining balance:    $    7,619.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $    0.00

Remaining balance:    $    7,619.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,731.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fia Card Services, NA/Bank of America | 14,705.98 | 0.00 | 3,531.27 |
| 2 | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION | 6,057.99 | 0.00 | 1,454.67 |
| 3 | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION | 10,967.16 | 0.00 | 2,633.49 |

Total to be paid for timely general unsecured claims:    $    7,619.43

Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/GLENN R. HEYMAN
                              Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-31254-ERW
Marilyn Y. Bishop                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 2          Date Rcvd: Mar 02, 2012
                              Form ID: pdf006        Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
db          +Marilyn Y. Bishop,    4555 South Wabash Avenue,    Chicago, IL 60653-3850
aty         +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,    Chicago, IL 60603-4101
15844873     Bank Of America Loans Servicing,    P.O. Box 851001,    Dallas, TX  75285-1001
15844871    +Bishop Marilyn Y,    4555 South Wabash Avenue,    Chicago, IL 60653-3850
16857415    +CHICAGO PATROLMEN'S FEDERAL CU,    Trunkett & Trunkett, P.C.,    20 N Wacker Dr #1434,
              Chicago, IL 60606-2906
15844874     Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL  60197-6492
15844877    #+Juanita Anderson,    4555 South Wabash Avenue,    Chicago, IL 60653-3850
15844872     Law Office Of Timothy K Liou,    Suite 361 575 West Madison Street,    Chicago, IL  60661-2614
15844878     Visa,   P.O. Box 4521,    Carol Stream, IL  60197-4521
15844879    +Wells Fargo Home Mortgage,    Andrew J Nelson,    Pierce & Associates PC,
              1 North Dearborn Suite 1300,    Chicago, IL 60602-4373


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15844875    +E-mail/Text: jpigott@patrolmensfcu.org Mar 03 2012 02:39:34
              Chicago Patrolmen's Federal Credit Union,    1359 West Washington Boulevard,
              Chicago, IL 60607-1905
15844876    +E-mail/Text: jpigott@patrolmensfcu.org Mar 03 2012 02:39:34      Chicago Patrolmens Credit Union,
              1359 West Washington Boulevard,    Chicago, IL 60607-1905
16038759     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:41:04
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                        TOTAL: 3


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Mar 04, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez          Page 2 of 2          Date Rcvd: Mar 02, 2012
                              Form ID: pdf006        Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2012 at the address(es) listed below:
        Andrew J Nelson   on behalf of Creditor  WELLS FARGO BANK anelson@atty-pierce.com,
         northerndistrict@atty-pierce.com
        Christopher M Brown   on behalf of Creditor  WELLS FARGO BANK northerndistrict@atty-pierce.com,
         cbrown@atty-pierce.com
        Glenn R Heyman   on behalf of Trustee Glenn Heyman gheyman@craneheyman.com,
         slydon@craneheyman.com;ecrane@craneheyman.com
        Glenn R Heyman   gheyman@craneheyman.com,
         il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
        Kerry S Trunkett   on behalf of Creditor  Chicago Patrolmen's Federal Credit Union
         kerry@trunkettlawpc.com,
         mkeenan@trunkettlawpc.com;kklonowski@trunkettlawpc.com;lpino@trunkettlawpc.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Stephen G Wolfe   on behalf of U.S. Trustee Patrick Layng steve.g.wolfe@usdoj.gov,
         jennifer.r.toth@usdoj.gov
        Timothy K Liou   on behalf of Debtor Marilyn Bishop tl@filenow.com,  sv@filenow.com,
         kg@filenow.com,mb@filenow.com,cm@filenow.com,mr@filenow.com
                              TOTAL: 8