# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: BISHOP, MARILYN Y. § Case No. 10-31254
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $227,871.00                    Assets Exempt: $24,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,619.43       Claims Discharged
                                                 Without Payment: $24,111.70

Total Expenses of Administration: $3,889.42

3) Total gross receipts of $ 11,508.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,508.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $353,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,889.42 | 3,889.42 | 3,889.42 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 22,058.70 | 31,731.13 | 31,731.13 | 7,619.43 |
| **TOTAL DISBURSEMENTS** | $375,058.70 | $35,620.55 | $35,620.55 | $11,508.85 |

4) This case was originally filed under Chapter 7 on July 13, 2010. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/20/2012          By: /s/GLENN R. HEYMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stocks held by Scottrade | 1129-000 | 6,507.89 |
| Stocks held by Sharebulider Itemize. Desc Main | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.96 |
| **TOTAL GROSS RECEIPTS** | | **$11,508.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 353,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$353,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,900.89 | 1,900.89 | 1,900.89 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 1,813.00 | 1,813.00 | 1,813.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 2.49 | 2.49 | 2.49 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 22.07 | 22.07 | 22.07 |
| The Bank of New York Mellon | 2600-000 | N/A | | 26.75 | 26.75 | 26.75 |
| The Bank of New York Mellon | 2600-000 | N/A | | -0.79 | -0.79 | -0.79 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.01 | 25.01 | 25.01 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 3,889.42 | 3,889.42 | 3,889.42 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 14,705.98 | 14,705.98 | 3,531.27 |
| 2 | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION | 7100-000 | N/A | 6,057.99 | 6,057.99 | 1,454.67 |
| 3 | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION | 7100-000 | 22,058.70 | 10,967.16 | 10,967.16 | 2,633.49 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 22,058.70 | 31,731.13 | 31,731.13 | 7,619.43 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-31254  
**Case Name:** BISHOP, MARILYN Y.  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 07/13/10 (f)  
**§341(a) Meeting Date:** 09/01/10  

**Period Ending:** 08/20/12  

**Claims Bar Date:** 05/20/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Debtor's primary residence commonly, Wabash, Chi  Orig. Asset Memo: Orig. Description: Debtor's primary residence commonly, Wabash, Chicago, IL 60653-3814; Imported from original petition Doc# 1 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Checking account held by US Bank accounts, certi  Orig. Asset Memo: Orig. Description: Checking account held by US Bank accounts, certificates of deposit or in banks, savings and loan, building and loan, and associations, or credit brokerage houses, or; Imported from original petition Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3  Miscellaneous depreciated household goods and fu  Orig. Asset Memo: Orig. Description: Miscellaneous depreciated household goods and furnishings audio, video, and computer; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4  Necessary wearing apparel and shoes  Orig. Asset Memo: Orig. Description: Necessary wearing apparel and shoes; Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5  Retirement Plan with the Chicago Police Departme  Orig. Asset Memo: Orig. Description: Retirement Plan with the Chicago Police Department (Deferreed Comp) Give particulars.; Imported from original petition Doc# 1 | 1.00 | 1.00 | DA | 0.00 | FA |
| 6  Roth IRA held by Scottrade  Orig. Asset Memo: Orig. Description: Roth IRA held by Scottrade; Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7  Roth IRA held by Sharebuilder  Orig. Asset Memo: Orig. Description: Roth IRA held by Sharebuilder; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8  Stocks held by Scottrade  Orig. Asset Memo: Orig. Description: Stocks held by Scottrade; Imported from original petition Doc# 1 | 5,000.00 | 4,500.00 | | 6,507.89 | FA |
| 9  Stocks held by Sharebulider Itemize. Desc Main  Orig. Asset Memo: Orig. Description: Stocks held by | 10,000.00 | 10,000.00 | | 5,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-31254  **Trustee:** (330360) GLENN R. HEYMAN
**Case Name:** BISHOP, MARILYN Y.  **Filed (f) or Converted (c):** 07/13/10 (f)
 **§341(a) Meeting Date:** 09/01/10
**Period Ending:** 08/20/12  **Claims Bar Date:** 05/20/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Sharebulider Itemize. Desc Main; Imported from original petition Doc# 1 |  |  |  |  |  |
| 10 | 2004 BMW 7 Series 745i Sedan 4D<br>  Orig. Asset Memo: Orig. Description: 2004 BMW 7 Series 745i Sedan 4D; Imported from original petition Doc# 1 | 21,670.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.96 | FA |
| 11 | Assets    Totals (Excluding unknown values) | **$242,871.00** | **$14,501.00** |  | **$11,508.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/31/2011: Ttee tried to have 2004 exam, but debtor cancelled 2x.  Told USTO to go ahead with their dismissal of case. (dk)

12/30/2011: Settlement reached with Debtor regarding liquidation of brokerage accounts.  Will close case.

**Initial Projected Date Of Final Report (TFR):**     February 28, 2012     **Current Projected Date Of Final Report (TFR):**     February 7, 2012  (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-31254 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | BISHOP, MARILYN Y. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******02-65 - Checking Account |
| Taxpayer ID #: | **-***5710 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/20/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/17/11 | {8} | Marilyn Bishop | Proceeds from Debtor's bank account and stock sales | 1129-000 | 6,507.89 | | 6,507.89 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 6,507.90 |
| 03/24/11 | {9} | Marilyn Bishop | Second payment of stock proceeds | 1129-000 | 5,000.00 | | 11,507.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 11,507.95 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,508.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,508.13 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,508.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,508.31 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 22.07 | 11,486.24 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,486.33 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.75 | 11,459.58 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.79 | 11,460.37 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,460.46 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,435.46 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,435.55 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,410.55 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,410.64 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.01 | 11,385.63 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,385.72 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,360.72 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,360.81 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,335.81 |
| 04/10/12 | 1001 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,900.89, Trustee Compensation;  Reference: | 2100-000 | | 1,900.89 | 9,434.92 |
| 04/10/12 | 1002 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,813.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,813.00 | 7,621.92 |
| 04/10/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2.49, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 2.49 | 7,619.43 |
| 04/10/12 | 1004 | Fia Card Services, NA/Bank of America | Dividend paid  24.01% on $14,705.98; Claim# 1; Filed: $14,705.98; Reference: | 7100-000 | | 3,531.27 | 4,088.16 |
| 04/10/12 | 1005 | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION | Dividend paid  24.01% on $6,057.99; Claim# 2; Filed: $6,057.99; Reference: | 7100-000 | | 1,454.67 | 2,633.49 |
| 04/10/12 | 1006 | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION | Dividend paid  24.01% on $10,967.16; Claim# 3; Filed: $10,967.16; Reference: | 7100-000 | | 2,633.49 | 0.00 |

Subtotals :     $11,508.85     $11,508.85

{} Asset reference(s)

Printed: 08/20/2012 04:59 PM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-31254  
**Case Name:** BISHOP, MARILYN Y.  
**Taxpayer ID #:** **-***5710  
**Period Ending:** 08/20/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **11,508.85** | **11,508.85** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **11,508.85** | **11,508.85** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,508.85** | **$11,508.85** | |

Net Receipts : 11,508.85  
Net Estate : $11,508.85

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******02-65** | 11,508.85 | 11,508.85 | 0.00 |
| | **$11,508.85** | **$11,508.85** | **$0.00** |